UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM SCOTT DAVIS,

                    Plaintiff,

       -against-

DR. AVA TAYLOR PHD, *et al.*,

                  Defendants.

20-CV-4610 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued July 8, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* (IFP) statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    July 8, 2020
          New York, New York

                                    *Louis L. Stanton*
                                      Louis L. Stanton
                                         U.S.D.J.