UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM SCOTT DAVIS,

               Plaintiff,

-against-

DR. AVA TAYLOR PHD; RHONDA FERGUSON-AGUSTUS; NEW YORK STATE MENTAL HYGIENE ATTORNEY JANE DOE'S; WHITE PLAINS HOSPITAL SOCIAL WORKER JANE DOE; ATTORNEY RICHARD DOE,

               Defendants.

20-CV-4610 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated May 16, 2022, the Court directed Plaintiff to show cause, within 30 days of the date of that order, why the Court should not issue an order recognizing that Plaintiff is barred under Section 1915(g). On May 23, 2022, the Court received a letter from Plaintiff requesting an extension of time to file his declaration. (*See* ECF 28.) The Court grants Plaintiff an additional 30 days, from the date of this order, to file a declaration.

SO ORDERED.

Dated:  May 24, 2022
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                       Chief United States District Judge