UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCOTT DAVIS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>DR. AVA TAYLOR. ET AL,<br><br>                              Defendants. | 20-CV-4610 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 8, 2003, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 8, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           Chief United States District Judge